| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | David Aronoff (SBN 125694)<br>daronoff@lathropgage.com<br>Jeff Grant (SBN 218974)<br>jgrant@lathropgage.com<br>Emily Birdwhistell (SBN 248602)<br>ebirdwhistell@lathropgage.com<br>LATHROP & GAGE LLP<br>1888 Century Park East, Suite 1000<br>Los Angeles, CA 90067<br>Telephone: 310-789-4600<br>Facsimile: 310-789-4601<br><br>Attorney for Defendant/Counterclaimant<br>HYDRA LLC (now known as Ardyh LLC) |

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURB YOUR CRAVINGS, LLC, a New York Limited Liability Company,<br>           Plaintiff,<br>       vs.<br>HYDRA LLC, a California limited liability company,<br>           Defendant. | Case No.: CV 09-2492 SJO (FMOx)<br><br>**ORDER FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |
| HYDRA LLC, a Delaware limited liability company,<br>           Counterclaimant,<br>       vs.<br>CURB YOUR CRAVINGS, LLC, a New York Limited Liability Company, and DOES 1 – 100,<br>           Counterdefendant. | |

[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1  Pursuant to the stipulation of the parties, and good cause appearing,
2  IT IS HEREBY ORDERED, pursuant to Fed. R. Civ. P. Rule 41(a), that the
3  above-captioned action, including Plaintiff's First Amended Complaint and
4  Defendant's Counterclaim, is hereby dismissed with prejudice in its entirety as to all
5  parties, with each of the parties to bear its own costs and attorneys fees.

DATED: April 24, 2010    _____
United States District Judge